*(Supreme Court, General Term, Second Department.* June 28, 1889.)

For hearing on appeal, see 5 N. Y. Supp. 254.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

No opinion. Motion denied.

---

*In re* NEW YORK & N. H. R. Co.

*(Supreme Court, General Term, Second Department.* June 28, 1889.)

Argued before BARNARD, P. J., and PRATT, J.

Order appointing commissioners affirmed, with costs and disbursements.

---

RADLIFF, Respondent, *v.* MATTLAGE, Appellant.

*(Supreme Court, General Term, Third Department.* May 27, 1889.)

Argued before LEARNED, P. J., and LANDON and INGALLS, JJ.

No opinion. Order reversed, with $10 costs and printing disbursements, and motion denied, with $10 costs.